**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>*KCN Services, LLC v. LG Chem, Ltd., et al.*, **Case No. 13-cv-2288 YGR** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF COMPLIANCE RE ADMINISTRATIVE TERMINATION** |

Pursuant to the Court's July 8, 2014 Order Administratively Terminating Cases and Setting Compliance Hearing (Dkt. No. 469), interim co-lead counsel for the indirect purchaser plaintiffs ("IPPs") timely filed a Statement of Compliance re Administrative Termination (Dkt. No. 505 ("Statement"). The Court is satisfied with the IPPs' Statement and their plan for seeking to add the contemplated Hawaii state-law claim. Accordingly, *KCN Services, LLC v. LG Chem, Ltd., et al.*, Case No. 13-cv-2288 YGR, shall remain open at least until resolution of the stipulation or motion for leave to amend contemplated in the Statement.

The Court **VACATES** the compliance hearing set for August 29, 2014. No appearance is required.

**IT IS SO ORDERED**.

Dated: August 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**