1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### OAKLAND DIVISION

11

12
IN RE: LITHIUM ION BATTERIES
ANTITRUST LITIGATION

13

14

15
This Document Relates to:

16
ALL DIRECT PURCHASER ACTIONS

17

Case No. 13-md-02420 (YGR) (DMR)

**CLASS ACTION**

**ORDER ADMINISTRATIVELY TERMINATING CASES**

18      The Court submitted to interim class counsel for the putative direct purchaser classes a

19   list of cases under consideration for administrative termination.  Administrative termination has

20   the effect of a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).  The

21   Court, having received a response from interim class counsel and for good cause appearing,

22   **ORDERS** as follows:

23      The Clerk of the Court shall administratively terminate the following nine cases.

24      1.   12-cv-5268, *Carte v. Samsung SDI, Co., Ltd., et al.*

25      2.   12-cv-5678, *Siegel v. LG Chem, LTD., et al.*

26      3.   12-cv-5682, *Univision-Crimson Holding, Inc. v. Samsung SDI Co., Ltd., et al.*

27
28

4.    13-cv-0213, *Ritz Camera & Image, LLC v. Samsung SDI Co., Ltd., et al.*

5.    13-cv-0426, *Automation Engineering, LLC et al v. LG Chem, Ltd., et al.*

6.    13-cv-0785, *The Stereo Shop v. LG Chem, Ltd., et al.*

7.    13-cv-0797, *First Choice Marketing, Inc. v. LG Chem America, Inc., et al.*

8.    13-cv-1298, *Walner v. Samsung SDI Co., Ltd., et al.*

9.    13-cv-2288, *KCN Services, LLC v. LG Chem, Ltd., et al.*

This Order does not affect the claims of the named plaintiffs in the direct purchaser plaintiff class action, Case No. 13-MD-02420 (YGR) (DMR).

**IT IS SO ORDERED.**

Date ___March 20, 2017_____, 2017

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

2